**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1769**

JENNIFER MARIE JONES,

Plaintiff – Appellant,

v.

COMSYS IT PARTNERS, INCORPORATED; MICHAEL MUSCATELL, Vice
President, Strategic Accounts; KARLA MEADOR, Managing
Director; TERRY BELL, Vice President, Human Resources;
MICHAEL BARKER, Chief Operating Officer; KEITH MARKHAM, Sr.
Regional Vice President,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Max O. Cogburn, Jr.,
District Judge. (3:10-cv-00072-MOC-DSC)

Submitted: April 23, 2012          Decided: May 8, 2012

Before MOTZ, SHEDD, and DAVIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jennifer Marie Jones, Appellant Pro Se. Kimberly Quade Cacheris,
MCGUIREWOODS, LLP, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jennifer Marie Jones seeks to appeal the district court's May 16, 2011 order dismissing the individual defendants and denying Jones's motion to dismiss the counterclaims filed by COMSYS IT Partners, Inc. ("COMSYS"). Jones also seeks to appeal the district court's order refusing to grant her relief from the May 16 order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The orders Jones seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we deny Jones's motion to compel enforcement of the settlement agreement and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED